NUMBER 13-09-00407-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






TWO HUNDRED EIGHTY-EIGHT THOUSAND 

NINE HUNDRED FORTY ($288,940.00)

DOLLARS IN U.S. CURRENCY, Appellant,


v.



THE STATE OF TEXAS, Appellee.





On appeal from the 105th District Court of Kleberg County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 The parties to this appeal have filed a joint motion asking the Court to dismiss this
appeal. According to the motion, the parties have reached an agreement to settle and
compromise their differences. They ask this Court to render judgment effectuating the
parties' agreement, or in the alternative, set aside the trial court's judgment without regards
to the merits and remand the case to the trial court for rendition of judgment in accordance
with the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(A), Tex. R. App. P.
42.1(a)(2)(B).

 The parties' motion to set aside the trial court's judgment and remand the case to
the trial court is GRANTED. Accordingly, we vacate the trial court's judgment without
regard to the merits, and REMAND this case to the trial court for rendition of judgment in
accordance with the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(B). In accordance
with the agreement of the parties, costs are taxed against the party incurring same. See
Tex. R. App. P. 42.1(d).

 PER CURIAM


Memorandum Opinion delivered and

filed this the 8th day of October, 2009.